IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.: 08-062 |
| | ) | |
| BRIAN A. PECKHAM | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATION OF WAIVER OF SERVICE OF SUMMONS BY
DEFENDANT, **BRIAN A. PECKHAM**

Now comes plaintiff, the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Miland M. Shah, Assistant United States Attorney for the District of Rhode Island, and hereby certifies that a "Notice of Lawsuit and Request for Waiver of Service of Summons", and a copy of the Complaint were dispatched to defendant through first-class mail, postage prepaid, on the 22nd day of February, 2008, pursuant to FRCP 4(d)(2), and that defendant has returned the Waiver of Service of Summons.

Pursuant to FRCP 4(d)(3), the defendant is required to serve an answer or otherwise plead to the complaint on or before the 22nd day of April, 2008.

"Waiver of Service of Summons" attached as Exhibit "A".

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza,
8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: milind.shah@usdoj.gov