# WAIVER OF SERVICE OF SUMMONS

TO: United States Attorney for the District of Rhode Island

I acknowledge receipt of your request that I waive service of a summons in the action of United States v. Brian A. Peckham which is Civil Action No. 08-62 in the United States District Court for the District of Rhode Island. I have also received a copy of the complaint in this action, two copies of this instrument, and a stamped or franked envelope in which to return the signed waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you or your office within sixty (60) days after the notice of lawsuit was sent or within ninety (90) days after that date if the request was sent outside the United States.

I acknowledge that the **Notice of Lawsuit and Request for Waiver of Service of Summons** was sent via first class mail, postage prepaid, on the 22nd day of February, 2008. I understand that my answer or motion under Rule 12 must be served upon you or your office on or before the 22nd day of April, 2008, or a judgment may be entered against me (or the party on whose behalf I am acting).

I understand that I may obtain the services of an attorney to represent my interests in this matter.

3/16/08
(Date)

[signature]
(Signature)

Brian A. Peckham
(Printed or typed name)

Exhibit A