IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | C.A.: 08-062 |
| v. | ) | |
| | ) | |
| Brian A. Peckham, | ) | |
| Defendant. | ) | |

REQUEST FOR ENTRY OF DEFAULT

To the Clerk of the United States District Court:

As set forth in the attached Declaration, the defendant in the above-captioned action has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure. Therefore, plaintiff, United States of America, requests that default be entered against the defendant, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,
UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
Default Entered
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: milind.shah@usdoj.gov

BY: ________________________
Deputy Clerk

_______________, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2008, I mailed a true copy of the foregoing request, via first class mail, postage prepaid, to Brian A. Peckham, 207 Peckham Road, Little Compton, Rhode Island 02837.