IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| | ) | C.A.: C.A. 08-062 |
| v. | ) | |
| | ) | |
| Brian A. Peckham, Defendant. | ) | |

DECLARATION

I, Milind Shah, upon oath depose and state:

1) I am an Assistant United States Attorney for the District of Rhode Island, and in such capacity represent the plaintiff in the above-captioned action;

2) That a "Notice of Lawsuit and Request for Waiver of Service of Summons", and a copy of the Complaint were dispatched to the defendant, through first-class mail postage prepaid on February 22, 2008, pursuant to FRCP 4(d)(2), and that defendant has returned the Waiver of Service of Summons (copy of Certification of Waiver of Service of Summons attached as Exhibit A);

3) That the defendant has failed to appear, plead, or otherwise defend herein within the time allowed, and therefore is now in default;

4) That according to available records and my best information and belief, the defendant is not presently a member of the Armed Forces in military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, (copy of Military Status Report attached as Exhibit B) and the defendant is neither an infant nor an incompetent person;

5) That the plaintiff's claim is for a sum certain for the recovery of $153,068.94, plus interest on the principal amount computed at the rate of 5 percent per annum in the amount of $41,736.23 as of May 12, 2008, plus costs, plus additional pre-judgment interest until the date of judgment, plus additional interest that accrues thereafter at the legal post-judgment rate,

judgment, plus additional interest that accrues thereafter at the legal post-judgment rate, pursuant to the provisions of 28 U.S.C. § 1961, until the judgment is satisfied in full, plus future costs as provided by law, and the $150.00 filing fee provided for by 28 U.S.C. 2412 (a)(2);

6) That this affidavit is made in compliance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of requesting that the Clerk of this Court, or his lawful Deputy, at this time enter a default against the defendant in the amount set forth above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: milind.shah@usdoj.gov